# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 22-5142**  **September Term, 2021**

1:21-cv-03289-UNA

**Filed On: May 25, 2022** [1947968]

Russell Hill,

    Appellant

    v.

Nancy Pelosi, Speaker of the U.S. House of Representatives,

    Appellee

### O R D E R

Upon consideration of the notice of appeal, and it appearing that the district court has neither granted nor denied a certificate of appealability, it is, on the court's own motion,

**ORDERED** that the determination whether a certificate of appealability is warranted in this case be referred to the district court for resolution in the first instance. See Mitchell v. Reno, 216 F.3d 1126 (D.C. Cir. 2000); Fed. R. App. P. 22(b)(1). It is

**FURTHER ORDERED** that this case be held in abeyance pending further order of the court.

The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly upon its issuance of either a certificate of appealability or statement why a certificate should not issue.

        **FOR THE COURT:**
        Mark J. Langer, Clerk

        BY:    /s/
                Laura M. Chipley
                Deputy Clerk