# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 22-5142**                         **September Term, 2022**

**1:21-cv-03289-UNA**

**Filed On:** October 18, 2022

Russell Hill,

        Appellant

    v.

Nancy Pelosi, Speaker of the U.S. House of Representatives,

        Appellee

     **BEFORE:**     Rao and Childs, Circuit Judges, and Sentelle, Senior Circuit Judge

### O R D E R

Upon consideration of appellant's brief, which the court construes as including a request for certificate of appealability, it is

**ORDERED** that the request for certificate of appealability be denied and the appeal be dismissed. Appellant has not demonstrated that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right, and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling" that appellant did not name his immediate custodian as the respondent, and that the proper respondent is not in the District of Columbia. Slack v. McDaniel, 529 U.S. 473, 478 (2000). To the extent appellant argues that the district court should have characterized his habeas petition as a civil action under the Voting Rights Act, appellant challenges the validity of his criminal conviction and sentence and seeks release from custody, and "prisoners mounting a challenge to the lawfulness of their custody are to proceed by means of habeas." Chatman-Bey v. Thornburgh, 864 F.2d 804, 809 (D.C. Cir. 1988) (per curiam).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. Because no appeal has been allowed, no mandate will issue.

**Per Curiam**

                                                 **FOR THE COURT:**
                                                 Mark J. Langer, Clerk

                           BY:     /s/
                                    Amy Yacisin
                                    Deputy Clerk